**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MEGHAN FLYNN, GINA SOSCIA, JAMES FISHWICK, GLENN JACOBS, GLENN KASPER AND ALISON L. HIGGINS,

        Petitioners

        v.

SUNOCO PIPELINE L.P.,

        Respondent

: No. 249 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.